UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 18-33342 |
|---|---|---|
| | § | |
| FRANCESCA AVERSA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.10 | Assets Exempt: | $97,234.56 |
| Total Distributions to Claimants: | $47,095.25 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $178,817.52 | | |

3)   Total gross receipts of $681,377.37  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $455,464.60 (see **Exhibit 2),** yielded net receipts of $225,912.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $178,817.52 | $178,817.52 | $178,817.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $66,849.70 | $45,497.56 | $47,095.25 |
| **Total Disbursements** | $0.00 | $245,667.22 | $224,315.08 | $225,912.77 |

4). This case was originally filed under chapter 13 on 06/20/2018. The case was converted to one under Chapter 7 on 08/09/2018. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2020         By:  /s/ Eva Engelhart
                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 291 Sherman Ave., Hawthorne, NY 10532,Westchester County, NY | 1110-000 | $681,377.37 |
| **TOTAL GROSS RECEIPTS** | | **$681,377.37** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| FRANCESCA AVERSA | Surplus Funds | 8200-002 | $147,506.72 |
| 1/2 of the sale proceeds to Diana Ramirez. | Funds to Third Parties | 8500-002 | $307,957.88 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$455,464.60** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $14,545.64 | $14,545.64 | $14,545.64 |
| Eva Engelhart, Trustee | 2200-000 | NA | $288.26 | $288.26 | $288.26 |
| Agreed amended claim pursuant to Order, Doc #88 to Diana Ramirez | 2420-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| Consolidated Edison Company of N.Y. Inc. | 2420-000 | NA | $54.97 | $54.97 | $54.97 |
| Future reimbursement preserving property to Diana Ramirez | 2420-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Reimbursement of repair, maintenance and other expenses to Diana Ramirez | 2420-000 | NA | $20,341.68 | $20,341.68 | $20,341.68 |
| Trustee Insurance Agency | 2420-000 | NA | $36.23 | $36.23 | $36.23 |

| | | | | | |
|---|---|---|---|---|---|
| Closing costs. | 2500-000 | NA | $37,511.61 | $37,511.61 | $37,511.61 |
| Property Disclosure Credit. | 2500-000 | NA | $500.00 | $500.00 | $500.00 |
| Attorney Escrow., Attorney for Trustee | 3210-000 | NA | $450.00 | $450.00 | $450.00 |
| Estate's attorney fees., Attorney for Trustee | 3210-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Wauson Probus, Attorney for Trustee | 3210-000 | NA | $38,604.00 | $38,604.00 | $38,604.00 |
| Wauson Probus, Attorney for Trustee | 3220-000 | NA | $605.18 | $605.18 | $605.18 |
| William G. West, C.P.A., Accountant for Trustee | 3410-000 | NA | $14,771.00 | $14,771.00 | $14,771.00 |
| William G. West, C.P.A., Accountant for Trustee | 3420-000 | NA | $108.95 | $108.95 | $108.95 |
| Realtor fees., Realtor for Trustee | 3510-000 | NA | $27,000.00 | $27,000.00 | $27,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $178,817.52 | $178,817.52 | $178,817.52 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of America, N.A. | 7100-000 | $0.00 | $10,095.85 | $10,095.85 | $10,095.85 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $1,044.62 | $1,044.62 | $1,044.62 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $211.43 | $211.43 | $211.43 |
| 4-1 | HSBC Bank USA NA | 7100-000 | $0.00 | $21,352.14 | $0.00 | $0.00 |
| 4-2 | HSBC Bank USA NA | 7100-000 | $0.00 | $21,352.14 | $21,352.14 | $21,352.14 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,369.41 | $3,369.41 | $3,369.41 |
| 7 | American Express National Bank | 7100-000 | $0.00 | $2,247.58 | $2,247.58 | $2,247.58 |
| 8 | American Express National Bank | 7100-000 | $0.00 | $2,511.44 | $2,511.44 | $2,511.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Capital One, N.A. | 7100-000 | $0.00 | $359.29 | $359.29 | $359.29 |
| 10 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $0.00 | $3,386.33 | $3,386.33 | $3,386.33 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $919.47 | $919.47 | $919.47 |
| | American Express National Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $78.93 |
| | American Express National Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $88.19 |
| | Bank of America, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $354.53 |
| | Capital One Bank (USA), N.A. by American InfoSource | 7990-000 | $0.00 | $0.00 | $0.00 | $118.32 |
| | Capital One, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $12.62 |
| | HSBC Bank USA NA | 7990-000 | $0.00 | $0.00 | $0.00 | $749.80 |
| | LVNV Funding, LLC its successors and assigns as | 7990-000 | $0.00 | $0.00 | $0.00 | $118.91 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $32.29 |
| | Quantum3 Group LLC as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $36.68 |
| | Quantum3 Group LLC as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $7.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $66,849.70 | $45,497.56 | $47,095.25 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 18-33342-H4-7 | Trustee Name: | Eva Engelhart |
| Case Name: | AVERSA, FRANCESCA | Date Filed (f) or Converted (c): | 08/09/2018 (c) |
| For the Period Ending: | 2/12/2020 | §341(a) Meeting Date: | 09/13/2018 |
| | | Claims Bar Date: | 02/23/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 291 Sherman Ave., Hawthorne, NY 10532, Westchester County, NY | $212,500.00 | $212,500.00 | | $681,377.37 | FA |
| 2 | 2007 Nissan Sentra | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods & Furnishings | $4,485.00 | $0.00 | | $0.00 | FA |
| 4 | Electronics | $1,600.00 | $0.00 | | $0.00 | FA |
| 5 | Sports Equipment | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing & Shoes | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry | $600.00 | $0.00 | | $0.00 | FA |
| 8 | Chase Checking Acct. #3686 | $449.65 | $0.00 | | $0.00 | FA |
| 9 | Chase Checking Acct. #5362 | $661.36 | $0.00 | | $0.00 | FA |
| 10 | Chase Checking Acct. #0795 | $12,011.15 | $0.10 | | $0.00 | FA |
| 11 | Cantella Premiere Select Rollover IRA | $75,827.50 | $0.00 | | $0.00 | FA |
| 12 | Contingent & Unliquidated Claims - Property Damage Claim Against Debtor's Sister | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $309,734.66 | $212,500.10 | | $681,377.37 | $0.00 |

**Major Activities affecting case closing:**

| 12/31/2019 | TFR approved 12/26/19; checks issued 12/30/19 |
| 09/30/2019 | TFR submitted 09/13/19 |
| 06/30/2019 | House sold; fee applications to be filed. |
| 12/31/2018 | Bringing New York house in compliance in order to list for sale |
| 09/30/2018 | Working on selling real property |
| | House sale pending. |

Initial Projected Date Of Final Report (TFR): 12/31/2020   Current Projected Date Of Final Report (TFR): 12/31/2020

/s/ EVA ENGELHART
EVA ENGELHART

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 18-33342-H4-7 | | **Trustee Name:** | Eva Engelhart |
|---|---|---|---|---|
| **Case Name:** | AVERSA, FRANCESCA | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***9308 | | **Checking Acct #:** | ******3342 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/20/2018 | | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 2/12/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2019 | | Steven J Cooper & Associates, PC-Iola | Order Entered 5/8/2019, Doc # 88 | | * | $198,566.20 | | $198,566.20 |
| | {1} | | Gross amount $681,377.37 minus $67,500 down payment. | $613,877.37 | 1110-000 | | | $198,566.20 |
| | | | Realtor fees. | $(27,000.00) | 3510-000 | | | $198,566.20 |
| | | | Closing costs. | $(37,511.61) | 2500-000 | | | $198,566.20 |
| | | | 1/2 of the sale proceeds to Diana Ramirez. | $(307,957.88) | 8500-002 | | | $198,566.20 |
| | | | Property Disclosure Credit. | $(500.00) | 2500-000 | | | $198,566.20 |
| | | | Reimbursement of repair, maintenance and other expenses to Diana Ramirez | $(20,341.68) | 2420-000 | | | $198,566.20 |
| | | | Agreed amended claim pursuant to Order, Doc #88 to Diana Ramirez | $(20,000.00) | 2420-000 | | | $198,566.20 |
| | | | Future reimbursement preserving property to Diana Ramirez | $(2,000.00) | 2420-000 | | | $198,566.20 |
| 06/07/2019 | | Law Office of Peter Spino Jr-Iola | Order Entered 5/8/19, Doc # 88 Down payment | | * | $65,050.00 | | $263,616.20 |
| | {1} | | Down Payment | $67,500.00 | 1110-000 | | | $263,616.20 |
| | | | Estate's attorney fees. | $(2,000.00) | 3210-000 | | | $263,616.20 |
| | | | Attorney Escrow. | $(450.00) | 3210-000 | | | $263,616.20 |
| 06/07/2019 | 3001 | Trustee Insurance Agency | Homeowners Insurance. | | 2420-000 | | $36.23 | $263,579.97 |
| 06/28/2019 | 3002 | Consolidated Edison Company of N.Y. Inc. | Acct # 57-7429-4278-0003-6 Electricity Payment | | 2420-000 | | $54.97 | $263,525.00 |
| 07/26/2019 | 3003 | William G. West, C.P.A. | Order Entered 7/26/19, Doc # 112 Accountant Fees | | 3410-000 | | $14,771.00 | $248,754.00 |
| 07/26/2019 | 3004 | William G. West, C.P.A. | Order Entered 7/26/19, Doc # 112 Accountant Expenses | | 3420-000 | | $108.95 | $248,645.05 |
| 07/30/2019 | 3005 | Wauson Probus | Order Entered 7/30/19, Doc # 114 Attorney Fees | | 3210-000 | | $38,604.00 | $210,041.05 |
| 07/30/2019 | 3006 | Wauson Probus | Order Entered 7/30/19, Doc # 114 Attorney Expenses | | 3220-000 | | $605.18 | $209,435.87 |
| | | | | | **SUBTOTALS** | **$263,616.20** | **$54,180.33** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-33342-H4-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | AVERSA, FRANCESCA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9308 | | Checking Acct #: | ******3342 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/20/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2019 | 3007 | Eva Engelhart | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Trustee Compensation | 2100-000 | | $14,545.64 | $194,890.23 |
| 12/30/2019 | 3008 | Eva Engelhart | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Trustee Expenses | 2200-000 | | $288.26 | $194,601.97 |
| 12/30/2019 | 3009 | FRANCESCA AVERSA | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128 | 8200-002 | | $147,506.72 | $47,095.25 |
| 12/30/2019 | 3010 | Bank of America, N.A. | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 1 | * | | $10,450.38 | $36,644.87 |
| | | | Claim Amount                $(10,095.85) | 7100-000 | | | $36,644.87 |
| | | | Interest                           $(354.53) | 7990-000 | | | $36,644.87 |
| 12/30/2019 | 3011 | Quantum3 Group LLC as agent for | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 2 | * | | $1,081.30 | $35,563.57 |
| | | | Claim Amount                  $(1,044.62) | 7100-000 | | | $35,563.57 |
| | | | Interest                             $(36.68) | 7990-000 | | | $35,563.57 |
| 12/30/2019 | 3012 | Quantum3 Group LLC as agent for | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 3 | * | | $218.85 | $35,344.72 |
| | | | Claim Amount                      $(211.43) | 7100-000 | | | $35,344.72 |
| | | | Interest                               $(7.42) | 7990-000 | | | $35,344.72 |
| 12/30/2019 | 3013 | HSBC Bank USA NA | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 4 | * | | $22,101.94 | $13,242.78 |
| | | | Claim Amount                  $(21,352.14) | 7100-000 | | | $13,242.78 |
| | | | Interest                           $(749.80) | 7990-000 | | | $13,242.78 |

|  |  |  |  | SUBTOTALS | $0.00 | $196,193.09 |
|---|---|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-33342-H4-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | AVERSA, FRANCESCA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9308 | | Checking Acct #: | ******3342 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/20/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2019 | 3014 | Capital One Bank (USA), N.A. by American InfoSource | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 6 | * | | $3,487.73 | $9,755.05 |
| | | | Claim Amount                    $(3,369.41) | 7100-000 | | | $9,755.05 |
| | | | Interest                        $(118.32) | 7990-000 | | | $9,755.05 |
| 12/30/2019 | 3015 | American Express National Bank | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 7 | * | | $2,326.51 | $7,428.54 |
| | | | Claim Amount                    $(2,247.58) | 7100-000 | | | $7,428.54 |
| | | | Interest                        $(78.93) | 7990-000 | | | $7,428.54 |
| 12/30/2019 | 3016 | American Express National Bank | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 8 | * | | $2,599.63 | $4,828.91 |
| | | | Claim Amount                    $(2,511.44) | 7100-000 | | | $4,828.91 |
| | | | Interest                        $(88.19) | 7990-000 | | | $4,828.91 |
| 12/30/2019 | 3017 | Capital One, N.A. | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 9 | * | | $371.91 | $4,457.00 |
| | | | Claim Amount                    $(359.29) | 7100-000 | | | $4,457.00 |
| | | | Interest                        $(12.62) | 7990-000 | | | $4,457.00 |
| 12/30/2019 | 3018 | LVNV Funding, LLC its successors and assigns as | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 10 | * | | $3,505.24 | $951.76 |
| | | | Claim Amount                    $(3,386.33) | 7100-000 | | | $951.76 |
| | | | Interest                        $(118.91) | 7990-000 | | | $951.76 |
| 12/30/2019 | 3019 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Order Entered 12/10/19, Doc # 126<br>Order Entered 12/26/19, Doc # 128<br>Distribution on Claim #: 11 | * | | $951.76 | $0.00 |
| | | | Claim Amount                    $(919.47) | 7100-000 | | | $0.00 |
| | | | Interest                        $(32.29) | 7990-000 | | | $0.00 |

**SUBTOTALS**           $0.00           $13,242.78

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-33342-H4-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | AVERSA, FRANCESCA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9308 | | Checking Acct #: | ******3342 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/20/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $263,616.20 | $263,616.20 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | **Subtotal** | $263,616.20 | $263,616.20 | |
| | | | Less: Payments to debtors | $0.00 | $147,506.72 | |
| | | | **Net** | $263,616.20 | $116,109.48 | |

**For the period of 6/20/2018 to 2/12/2020**

| | |
|---|---|
| Total Compensable Receipts: | $681,377.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $681,377.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $225,912.77 |
| Total Non-Compensable Disbursements: | $455,464.60 |
| Total Comp/Non Comp Disbursements: | $681,377.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/01/2018 to 2/12/2020**

| | |
|---|---|
| Total Compensable Receipts: | $681,377.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $681,377.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $225,912.77 |
| Total Non-Compensable Disbursements: | $455,464.60 |
| Total Comp/Non Comp Disbursements: | $681,377.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-33342-H4-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | AVERSA, FRANCESCA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9308 | Checking Acct #: | ******3342 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/20/2018 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 2/12/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $263,616.20 | $263,616.20 | $0.00 |

For the period of 6/20/2018 to 2/12/2020

| Total Compensable Receipts: | $681,377.37 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $681,377.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $225,912.77 |
| Total Non-Compensable Disbursements: | $455,464.60 |
| Total Comp/Non Comp Disbursements: | $681,377.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 08/09/2018 to 2/12/2020

| Total Compensable Receipts: | $681,377.37 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $681,377.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $225,912.77 |
| Total Non-Compensable Disbursements: | $455,464.60 |
| Total Comp/Non Comp Disbursements: | $681,377.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART